No. 2280. F. Rubio e Hijos, Sucrs., S. en C., Apelados, *v.* Vélez et al., Apelantes.—Cobro de dinero. Aguadilla. Julio 8, 1920. *Desistida.*

No. 2111. Bruno, Apelante, *v.* Sucesión de C. Santiago, Apelada.—Reivindicación de finca. (Incidente sobre cobro de honorarios.) Guayama. Julio 9, 1290. *Desistida.*

No. 2269. Vélez, Apelado, *v.* Muñiz, Apelante.—*Injunction.* Mayagüez. Julio 9, 1920. *Desestimada.*

No. 2270. Ramos, Apelado, *v.* Muñiz, Apelante.—Indemnización. Mayagüez. Julio 9, 1920. *Desestimada.*

No. 1585. Ex parte López, Peticionario y Apelado, *v.* El Pueblo, Apelante.—Procedimiento de *habeas corpus.* Mayagüez. Julio 16, 1920. *Desistido.*

No. 2292. Marti, Apelante, *v.* American Railroad Company, Apelada.—Indemnización.

No. 2293. Ortiz, Apelante, *v.* American Railroad Company, Apelada.—Indemnización. Mayagüez. Julio 21, 1920. *Desistidas las apelaciones.*

No. 2274. Sucesión J. González Otero, Apelantes, *v.* Fernández et al., Apelados.—Cobro de dinero y renuncia de herencia. San Juan, Sección Primera. Julio 22, 1920. *Sin lugar la desestimación.*

No. 1414. El Pueblo, Apelado, *v.* Jiménez, Apelante.—Homicidio voluntario. (Reconsideración). Humacao. Julio 22, 1920. *Sin lugar.*

No. 2272. Berríos, Apelado, *v.* López, Apelante.—Servidumbre de luces y vistas San Juan, Sección Primera. Julio 27, 1920. *Desistida.*

No. 2044. Vázquez, Apelante, *v.* Valdés et al., Apelados.—San Juan, Sección Primera. Daños y perjuicios. (Reconsideración.) Julio 27, 1920. *Sin lugar.*

Nos. 301 y 303. Martínez, Peticionario, *v.* A. B. Crosas, Juez de Distrito, Demandado.—Aguadilla. *Certiorari.* Julio 27 y Julio 31, 1920. *Sin lugar.*

No. 298. Gely, Peticionario, *v.* J. M. Rossy, Juez de Dis-